**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO.:** |
| | ) | |
| v. | ) | |
| | ) | **VIOLATION:** |
| **STEVE HETRICK,** | ) | **18 U.S.C. § 514** |
| | ) | **(Fictitious Obligations)** |
| | ) | |
| _____ | ) | |

## INFORMATION

The United States Attorney charges,

## COUNT ONE

That on or between July 1, 2015 and on or about October 5, 2016, in the District of Columbia, the defendant STEVE HETRICK, with the intent to defraud did pass, utter, present, offer broker, issue, sell, or attempt to or cause the same, to the Clerk of the Court for the United States District Court for the District of Columbia, a false or fictitious financial instrument, documents or other items, including, but not limited to: a document dated October 8, 2015, labeled, Check No. 1015, with the notation "EFT Only Discharge of Debt," in the amount of $2,415,741.17, appearing, representing, purporting and contriving through scheme and artifice, to be an actual security or other financial instrument issued under the authority of the United States, specifically the United States Department of the Treasury.

**(Fictitious Obligations, in violation of Title 18, United States Code, Section 514)**

Respectfully submitted,

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY
D.C. Bar No. 415793


BY: _____
DIANE G. LUCAS, D.C. Bar. No. 443610
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7724 (Lucas)
Diane.Lucas@usdoj.gov